UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAUSTO CAMPOS<br><br>                                      PLAINTIFF(S)<br><br>vs.<br><br>CERMAK PRODUCE, INC., ET AL.<br><br>                                     DEFENDANT(S) | Case No.<br>08CV1873<br><br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Apr 04, 2008, at 11:20 AM, I served the above described documents upon CERMAK PRODUCE NO. 7, INC. as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with KOSTA CIOS / ATTORNEY, an officer, managing agent or authorized agent of the within named company.

Said service was effected at 200 W JACKSON BLVD., STE 1050, CHICAGO, IL 60606.

**DESCRIPTION:**  Gender: M  Race: WHITE  Age: 40  Hgt: 5'9"  Wgt: 180  Hair: BROWN  Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert D Fairbanks, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 4th day of April, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

---

NOTARY PUBLIC

| CLIENT NAME: | ORIGINAL PROOF OF | TRACKING # |
| --- | --- | --- |
| Amatore & Associates, P.C.* | SERVICE | 37744 |
| **FILE #:** | | |