UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FAUSTO CAMPOS <br><br> PLAINTIFF(S) <br><br> vs. <br><br> CERMAK PRODUCE, INC., ET AL. <br><br> DEFENDANT(S) | Case No. <br> 08CV1873 <br><br><br> SERVICE DOCUMENTS: <br> SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Apr 04, 2008, at 11:20 AM, I served the above described documents upon CERMAK PRODUCE NO. 8, INC. as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with KOSTA CIOS / ATTORNEY, an officer, managing agent or authorized agent of the within named company.

Said service was effected at 200 W JACKSON BLVD., STE 1050, CHICAGO, IL 60606.

**DESCRIPTION:** Gender: M   Race: WHITE   Age: 40   Hgt: 5'9"   Wgt: 180   Hair: BROWN   Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Robert D Fairbanks, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 4th day of April, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

---

NOTARY PUBLIC

| CLIENT NAME: | ORIGINAL PROOF OF | TRACKING # |
|---|---|---|
| Amatore & Associates, P.C.* | SERVICE | 37745 |
| **FILE #:** | | |