## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1873 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Fausto Campos vs. Cermak Produce, Inc., et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed without prejudice, with leave to reinstate within thirty (30) days. Status hearing set for 6/3/2008 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|