IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FAUSTO CAMPOS**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>     Plaintiff,<br> v.<br><br>**CERMAK PRODUCE, INC.**, an Illinois corporation, **CERMAK PRODUCE NO. 5, LTD.**, an Illinois corporation, **CERMAK PRODUCE NO. 6, INC.**, an Illinois corporation, **CERMAK PRODUCE NO. 7, INC.**, an Illinois corporation, **CERMAK PRODUCE NO. 8, INC.**, an Illinois corporation, **CERMAK PRODUCE NO. 9**, an Illinois corporation, **DMITRI BOUSIS**, individually, **JAMES BOUSIS**, individually, **BOB TZOTZOLIS**, individually, and **PANTELIS TZOTZOLIS**, individually,<br><br>     Defendants. | No. 08 CV 1873<br><br>Hon. Rebecca R. Pallmeyer |

**STIPULATION OF DISMISSAL**

The plaintiff, FAUSTO CAMPOS, by his attorneys, and the defendants, CERMAK PRODUCE, INC., CERMAK PRODUCE NO. 5, LTD., CERMAK PRODUCE NO. 6, INC., CERMAK PRODUCE NO. 7, INC., CERMAK PRODUCE NO. 8, INC., CERMAK PRODUCE NO. 9, DMITRI BOUSIS, JAMES BOUSIS, BOB TZOTZOLIS, and PANTELIS TZOTZOLIS, by their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with the filing of this Stipulation this matter may be dismissed

with leave to reinstate within 30 days, at which time, if the matter has not been reinstated, the dismissal will be with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul Luka | /s/ Kostas Cios |
| Attorney for the plaintiff | Attorney for the defendants |

Roy P. Amatore, Esq.  
Paul Luka, Esq.  
AMATORE & ASSOCIATES, P.C.  
120 S. State St., Ste. 400  
Chicago, IL 60603  
(312) 236-9825  

Kostas Cios  
Stotis and Baird, Chartered.  
200 W. Jackson Blvd., Suite 1050  
Chicago, Illinois 60606  
(312) 461-1000  

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused the attached **Stipulation of Dismissal** to be served upon:

Kostas L. Cios  
Stotis & Baird Chartered  
200 West Jackson Blvd., Suite 1050  
Chicago, IL. 60606  
kcios@stotis-baird.com

by causing a copy of said document(s) to be transmitted via e-mail on June 2, 2008 in accordance with FRCP 5(b)(1)(E).

/s/Paul Luka

Roy P. Amatore, Esq.  
Paul Luka, Esq.  
AMATORE & ASSOCIATES, P.C.  
120 S. State Street · Suite 400  
Chicago, IL 60603  
312.236.9825 (tel.)  
312.236.9826 (fax)